To Whom It May Concern:

Please accept this letter as my sincere apology for my participation in the activities of January 6, 2021. When I left for Washington DC that morning, my only intention was strictly to be a part of a peaceful movement. It was the first time in my life when a unique opportunity permitted me to show the love I have for my country. When I arrived and saw the number of people gathered, the atmosphere was filled with hope. I felt proud to be an American as I joined the masses of people and began the march toward the Capital.

My choice to enter the Capital building was anything but well thought out. I got caught up in the moment and did not think of the consequences of the events that occurred. I sincerely regret that decision and I'm sorry for that bad judgement. I take full responsibility for my actions and I never imagined how quickly the events of the day could change. My only desire is to humbly accept my fate and put this behind me.

Sincerely,

Terry L Brown